IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Wilkes, Larry | Case Number: 07 B 10615 |
|---|---|---|
| | Wilkes, Joanne | Judge: Hollis, Pamela S |
| | Printed: 9/23/08 | Filed: 6/14/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 9, 2008
Confirmed: August 20, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,320.00 | |
| Secured: | | 4,541.65 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 490.70 |
| Trustee Fee: | | 287.65 |
| Other Funds: | | 0.00 |
| Totals: | 5,320.00 | 5,320.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Richardson Stasko Boyd & Mack LLC | Administrative | 2,000.00 | 490.70 |
| 2. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 210.38 | 72.13 |
| 5. | RoundUp Funding LLC | Secured | 9,529.91 | 1,657.34 |
| 6. | Internal Revenue Service | Secured | 24,259.08 | 2,812.18 |
| 7. | HSBC Mortgage Services | Secured | 9,763.93 | 0.00 |
| 8. | Cook County Department of Rev | Priority | 82.13 | 0.00 |
| 9. | T Mobile USA | Unsecured | 310.63 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 457.61 | 0.00 |
| 11. | CitiFinancial Auto Credit Inc | Unsecured | 0.00 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 1,272.67 | 0.00 |
| 13. | Commonwealth Edison | Unsecured | 447.50 | 0.00 |
| 14. | Peoples Energy Corp | Unsecured | 790.65 | 0.00 |
| 15. | Cook County Department of Rev | Unsecured | 82.12 | 0.00 |
| 16. | T Mobile USA | Unsecured | 557.97 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 2,027.65 | 0.00 |
| 18. | Merrick Bank | Unsecured | 1,048.00 | 0.00 |
| 19. | Jefferson Capital Systems LLC | Unsecured | 941.67 | 0.00 |
| 20. | I C Systems Inc | Unsecured | 80.00 | 0.00 |
| 21. | Premier Bankcard | Unsecured | 392.56 | 0.00 |
| 22. | Triad Financial Services | Unsecured | 10,233.71 | 0.00 |
| 23. | ECast Settlement Corp | Unsecured | 107.84 | 0.00 |
| 24. | AIS Services | Unsecured | 1,377.39 | 0.00 |
| 25. | City Of Chicago | Unsecured | 590.54 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Wilkes, Larry  
Wilkes, Joanne  
Printed: 9/23/08

Case Number: 07 B 10615  
Judge: Hollis, Pamela S  
Filed: 6/14/07

| # | Creditor | Type | Amount | Paid |
|---|---|---|---|---|
| 26. | Capital One | Unsecured | 360.08 | 0.00 |
| 27. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 28. | ECast Settlement Corp | Unsecured | | No Claim Filed |
| 29. | Credit Protection Association | Unsecured | | No Claim Filed |
| 30. | Jefferson Capital | Unsecured | | No Claim Filed |
| 31. | MKM Acquisitions LLC | Unsecured | | No Claim Filed |
| 32. | Premier Bankcard | Unsecured | | No Claim Filed |
| 33. | SMC Collections | Unsecured | | No Claim Filed |
| | | | $ 66,924.02 | $ 5,032.35 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 286.36 |
| 6.5% | 1.29 |
| | $ 287.65 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

